IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA ACEVEDO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FANTE, INC., d/b/a CASA<br>SANCHEZ FOODS,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 10-05857 WHA<br><br><br>**ORDER ALLOWING**<br>**SUBSTITUTION**<br>**OF COUNSEL**<br>**FOR DEFENDANT** |

　　　Defendant's request for substitution of counsel is **GRANTED**. Attorney David A. Hosilyk, whose contact information is provided in Dkt. No. 27, is now defendant's sole attorney of record. The three attorneys from Fine, Boggs & Perkins, LLP who previously represented defendant are no longer counsel of record.

　　　**IT IS SO ORDERED.**

Dated: June 1, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE