John P. Boggs (State Bar No. 172578)
Michael K. Perkins (State Bar No. 172560)
Fine, Boggs & Perkins, LLP
80 Stone Pine Road, Suite 210
Half Moon Bay, CA 94019
Telephone:   (650) 712-8908
Facsimile:    (650) 712-1712

David A. Hosilyk (State Bar No. 191274)
P. O. Box 2918
El Granada, CA 94018
Telephone: (650) 726-5058

Attorneys for Defendant
FANTE, Inc., dba CASA SANCHEZ FOODS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA ACEVEDO<br><br>v.<br><br>FANTE, INC.,<br>dba CASA SANCHEZ FOODS,<br><br>Defendant. | Case No. CV10-5857 WHA<br><br>NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD AND [PROPOSED] ORDER |

TO ALL PARTIES AND TO THE COURT:

PLEASE TAKE NOTICE THAT DAVID A. HOSILYK, hereby withdraws as attorney of record for Defendant Fante, Inc. dba Casa Sanchez Foods. Lead Counsel for Defendant Fante, Inc. dba Casa Sanchez Foods is David A. Hosilyk, FINE, BOGGS & PERKINS LLP, 80 Stone Pine Road, Suite 210, Half Moon Bay, California 94019.

CONSENT

I consent to the above on behalf of Defendant Fante, Inc. dba Casa Sanchez Foods

Dated: June 10, 2011                     FANTE, INC. dba CASA SANCHEZ FOODS

                                         By: _____
                                             Robert Nazarenus, CFO


I consent to the above on behalf of DAVID A. HOSILYK.

Dated: June 10, 2011                     By: _____
                                             David A. Hosilyk, attorney

I consent to the above on behalf of FINE, BOGGS & PERKINS LLP.

Dated: June 10, 2011                     By: _____
                                             Michael K. Perkins, attorney


ORDER

IT IS SO ORDERED:
Dated: June 13, 2011.                    By: _____
                                             William Alsup
                                             U.S.D.C. Judge